**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EUSEBIO GARCIA-PONCE, and ) <br> SOCORRO BRAVO-ATEMPA, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> KEY CLUB III, INC. d/b/a KEY CLUB ) <br> CLEANERS, and KYEONG HEE JO, ) <br> individually, ) <br> ) <br> Defendants. ) | Case No. 17-cv-04774 <br><br> District Judge Hon. Andrea R. Wood |

**STIPULATION OF DISMISSAL AND APPROVAL OF SETTLEMENT**

Plaintiffs, EUSEBIO GARCIA-PONCE and SOCORRO BRAVO-ATEMPA, and Defendants, KEY CLUB III, INC. and KYEONG HEE JO, being all the parties who have appeared in this action, having entered into a settlement agreement, hereby stipulate, by and through their respective attorneys of record, to the dismissal of the instant lawsuit and without an award of costs of attorneys' fees to any party. The parties jointly move this Honorable Court to approve the settlement as fair, reasonable and in the best interest of all parties. Plaintiff knowingly and voluntarily entered the settlement agreement after being fully informed of all of her rights under the FLSA and the IMWL, the issues of proof and the defense position of Defendants. Because the terms of the settlement are confidential, should the Court require review of the agreement, the parties request that they be permitted to submit the agreement to the Court at the hearing or to file the agreement under seal. The parties request that an order be entered dismissing this case *without* prejudice and without an award of costs or attorneys' fees to any party. On *January 1, 2018*, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically *with prejudice*.

Dated: August 16, 2017									Respectfully submitted,

**PLAINTIFFS**									**DEFENDANTS**


By: /s/ Valentin T. Narvaez							By: /s/ Peter C. Kim
    One of their attorneys							    One of their attorneys

Valentin T. Narvaez								Peter C. Kim
CONSUMER LAW GROUP, LLC					LITCHFIELD CAVO LLP
6232 N. Pulaski Rd., Suite 200						303 W. Madison Street, Suite 300
Chicago, IL 60646									Chicago, IL 60606
Tel: 312-445-9662									Tel: (312) 781-6601
vnarvaez@yourclg.com							kimp@litchfieldcavo.com