## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Eusebio Garcia–Ponce, et al.

                                  Plaintiff,

v.                                                                             Case No.: 1:17–cv–04774
                                                                             Honorable Andrea R. Wood

Key Club III, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2017:

       MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Parties submitted settlement agreement to Court. The settlement agreement will be maintained on the docket under seal. Only Court staff and the parties shall have access to the sealed settlement agreement. The Court approves the settlement. The case is dismissed without prejudice and with leave to reinstate by 1/15/2018. If no party files a motion to reinstate by 1/15/2018, the case will be dismissed with prejudice without further order of the Court. Civil case terminated. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.